# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

33RD FLOOR
500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX    (212) 764-3701



October 23, 2012

**MEMO ENDORSED**

**BY HAND**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   U.S. v. Peter Madoff, S7 10 Cr. 228 (LTS)

Dear Judge Swain:

      We represent Peter Madoff, who is scheduled to be sentenced by Your Honor on November 9, 2012. I write to request an adjournment of Mr. Madoff's sentencing to Thursday, December 20, 2012 to allow him adequate time to meet the obligations of his plea agreement, which requires him to prepare and file eleven years of amended tax returns before he appears to be sentenced. Assistant United States Attorney Lisa Baroni has advised us that the government has no objection to this requested adjournment.

      As Your Honor is aware, Mr. Madoff entered into a plea agreement with the government dated June 29, 2012, and entered a guilty plea before Your Honor that same day. The plea agreement required Mr. Madoff, prior to the date of sentencing, to "file accurate amended personal tax returns for the calendar years 1998 through 2008." (Tr. of P. Madoff Plea at 27; Plea Agreement at 2) However, much of the information necessary for Mr. Madoff to prepare accurate amended returns was in the possession of the government, and Mr. Madoff lacked access to the information. Within the last three months, Mr. Madoff and the government have entered into a protective order, the government has worked to gather and provide necessary information to Mr. Madoff, and Mr. Madoff has worked diligently to prepare accurate amended returns. That process has proved to be onerous, however, and despite great effort, Mr. Madoff is unable to complete the accurate amended returns prior to November 9.

      Accordingly, we respectfully request an adjournment of Mr. Madoff's sentencing hearing to Thursday, December 20, 2012 at 4:30 to allow Mr. Madoff to meet his plea agreement obligation of preparing and filing accurate amended tax returns before his sentencing proceeding.

## LANKLER SIFFERT & WOHL LLP

Honorable Laura Taylor Swain
October 23, 2012
Page **2** of **2**

We thank the Court for its consideration of this request.

Respectfully,

*/s/ John R. Wing*

John R. Wing

cc: AUSA Lisa Baroni (via email)
AUSA Julian Moore (via email)
AUSA Matthew Schwartz (via email)

The requested adjournment is granted.

SO ORDERED.

*/s/ Laura Taylor Swain*   10/25/12
LAURA TAYLOR SWAIN
DISTRICT JUDGE