August 2, 2012

Honorable Laura Taylor Swain

United States District Judge

Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, N.Y. 10007-1312

I am Marion Madoff's brother and have known Peter since he was a teenager.

He was always a very kind and fair minded individual.   Once he married my sister he continued to be very family oriented and became very involved in his temple.

Over the years, he continued to be very welcoming and supportive of family and friends. He always opened up his home to my wife and me when we needed a place to stay when we came up for my wife's family events.  He always attended family celebrations, such as my children's Bar Mitzvahs, graduations and then later, their weddings.

He always gave advice when needed and support when needed, as in the deaths of my wife's mother and father.  He was always there, whether we were living in Texas or Florida.

Sincerely,

Howard Schwartzberg

August 8, 2012

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312


Dear Judge Swain,

This letter serves as my contribution to the sentencing proceeding of my uncle, Peter Madoff, as a testament to his character.

I am 43-year-old writer and digital executive, married with three children from a previous marriage. I've held senior online roles for PBS journalistic endeavors since 2006, including Director of New Media for *NOW on PBS*. I currently serve as Director of Digital Strategy and Communications for *Moyers & Company* and BillMoyers.com.

I know my uncle Peter Madoff best as a man who values -- above all else -- family love and humanity. He has a big heart, and shows tremendous affection toward his children, their spouses, and his grandchildren.

My side of the family has never been wealthy -- my parents spent decades teaching public schools; my paternal grandfather was an electrician. But as Peter succeeded professionally, he always welcomed us into his house and his life without judgment or condescension, and with genuine warmth. He attended my bar-mitzvah and two wedding ceremonies. There was never a doubt Peter would show up to support me and my family.

When I nervously started my freshman year at NYU in 1986, Peter picked me up at the airport, took me out to dinner, helped me move my stuff into the dorm, and gave me strong, meaningful encouragement. It was a considerable investment of time and energy for him. My parents were in Florida at the time and my brother was in St. Louis; it felt good to know caring family was nearby.

In 1992, when I moved from Los Angeles to New York without a job, Peter let me stay at his home, asking for nothing in return. I needed that safe shelter to establish myself again. I was debating whether or not to go to law school, and he offered me good advice without being pushy or critical. I always felt Peter was happy enough to simply support me when I needed it, however I needed it.

When Peter's son Roger died of Leukemia at such a young age, it devastated him. Peter turned to his Jewish faith as a source of consolation and meaning. When we attended Peter's late-in-life Bar Mitzvah in 2008, it was clear he'd found some solace in it, and wanted to share that sense of peace with friends and family.

To my knowledge and personal experience, Peter has no malicious instincts, and likely finds the idea of causing harm and pain to others completely abhorrent. I'm sure his brother's crimes sicken and sadden him to his core.

Throughout my life, Peter has come across as honest, open, understanding, generous, and patient -- a trusted member of our family and wonderful friend to many. His benevolence and loving support always spoke well of his character, and I hope he's given many more chances to demonstrate that.

Please let me know how else I can be of assistance.

Best,

Joel Schwartzberg

Chatham, New Jersey 07928
917-885-1872
joelscorp@gmail.com

**Paul M. Schwartzberg, D.O.**

Ocean. NJ 07712
732.361.7465

September 1, 2012

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York, 10007-1312

Dear Judge Swain:

I am Peter Madoff's nephew and I am writing this letter in support of him.   Growing up, Peter was always a kind and considerate uncle and understood the importance of being a part of our family.   He was always welcoming whenever I visited him or was invited to his home for a family event.   He was present for many important events in my life, including my Bar Mitzvah and later, my wedding.   I remember him at these events as being very happy and supportive for me and the rest of my family.   He also was someone I could go to when I needed advice regarding important decisions in my life.

"Uncle Peter" has always been a great uncle to me and I will always appreciate his love and concern for me and my family.

Please feel free to contact me if you have any additional questions.

Sincerely,

Paul M. Schwartzberg, D.O.



85 belvedere drive
syosset, ny 11791

tel 516.364.0809
fax 516.496.4574
sseelig@optonline.net

Honorable Lauren Taylor Swain
United States District Judge, Southern District of New York
Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Honorable Lauren Taylor Swain,

I am writing this letter with the understanding that Peter Madoff has plead guilty to conspiring to violate federal statues and to falsifying records of an investment adviser.

Currently I am an art director in East Hills NY at the Sid Jacobson JCC as well as a private art adviser.

I have known Peter approximately 30 years. Our initial meeting was at Pine Hollow country club is East Norwich NY. We socialized in the country club sort of way for a long time; somewhat casual and surface. Over the years I have always thought of Peter as a kind and gentle man.

His wife Marion and my husband Kent shared their 40th birthdays: same day and year. Together Peter and I planned the surprise, a "color-war" sports themed party at our home in Syosset, NY. It was one of the fondest memories I have of him. He was generous and kind.

This was before the tragedy of losing his son, Roger to a virulent leukemia. Both he and Marion seemed quite unlucky with the various illnesses they had to endure over the years. Their tragedies seemed of epic proportions.

In more recent years we shared simple evenings of movies, popcorn and lousy pizza. Peter was a fanatic about these his favorites foods. To this day his french fries need to be a particular color of well- done.

He was always a mediocre golfer; not so much of a guys-guy. He always seemed to prefer to playing with Marion or a mixed four-some. Peter was patient and encouraging when Marion lost her temper on the golf course,

which was often.  Eventually, through sheer determination Marion got better than him at the game.  I always thought he was secretly pleased about that.

Peter always impressed me as being somewhat naive.  I have been a collector and advocate of cutting edge art for many years.  Peter never liked contemporary art and we joked about it all the time.  He never "understood it", a fact that surprised me that someone as knowledgeable about investments as

him couldn't see some of the concepts I tried to explain to him.  At my urging he eventually purchased some large scale photographs of Beijing on the verge of architectural change..  Here were solid images he could relate to.  Nothing too abstract or conceptual or emotional for him.

Recently his pleasure and devotion to his daughter Shana, son-in- law and two grandchildren have been remarkable..  They are certainly the light of his life.

In conclusion I am hoping some of this may shed light on Peter's character when you are considering his sentence. He is a kind and gentle man who has already endured many personal tragedies. Please consider that he has suffered much in this life already.

Thank you for this consideration

Susan Seelig

October 17, 2012

August 22, 2012

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge Taylor Swain:

RE: Peter Madoff

I am writing this letter based on my understanding that Mr. Peter Madoff will be required to undergo a sentencing proceeding given his plea of guilty to conspiring to violate several federal statutes and to falsifying records of an investment adviser. In this letter, I hope to demonstrate to you some relevant information about Mr. Madoff that I hope you will consider in determining the sentence that he will receive.

I am a hematologist/ oncologist at NYPH- Weill Cornell Medical Center. In 2002, Mr. Peter Madoff's son, Roger, became a patient of mine. His son, age 28 at the time, was diagnosed with acute myelogenous leukemia and underwent a stem cell transplant with me as his primary transplant physician. After the transplant utilizing his own stem cell failed and his leukemia relapsed, his son then underwent a second transplant, using stem cells from his sister Shana Madoff. Unfortunately he developed severe chronic graft versus host disease with multiple complications and eventually died in hospital on April 15, 2006.

Despite the horror of watching his son struggle and eventually die of this terrible disease, Peter Madoff was one of the kindest relatives that our staff encountered. Many parents in this situation, as you can guess, would not be at their best. But Peter was always there for Roger. He was always there for Roger's young wife, Jennifer. He gave them their space as a young couple but he was their rock. Every single day, he came to the hospital before he went to work and every single day, he came back to be with Roger in the evening. Even when he himself had some health issues, he minimized them to be with Roger. He brought bagels and cream cheese for the nurses every morning when he would come to the ward. He thanked staff members for whatever they did. He asked us how he could be of more help; he never took his anger out on us for the situation that their family was facing with respect to Roger's illness. In his own quiet way, he supported his wife, his daughter (the donor), his son, and his daughter-in- law with love, and showed heartfelt kindness to all the staff from doctors to cleaning ladies on the ward.

Our whole staff grew to love the family and we all grieved when we lost Roger. Of course, our grief was nothing compared to the horror that Peter, Marion and Jennifer suffered.

Once, during Passover, another Jewish family was also facing this terrible disease, unable to go home for the Passover seder. Peter offered to bring them food from his Passover seder (since the patients had to be isolated and couldn't be together)so that the other family could also celebrate their holiday in the hospital. They were not from Manhattan and did not have the resources to have a seder in their room but were able to do so because of his generosity. The food he gave them was home cooked and meant a lot to them.

Peter Madoff knew that even though I was Roger's physician, I am also the wife of a Rabbi. He often came to me in the guise of talking about Roger, to tell me that he had joined many synagogues, trying to find the help his heart needed and trying to get closer to his religion to face these enormous issues. While I don't know if that ever helped him cope, I know he tried very hard to face one of life's most difficult challenges, that of a parent losing a child. Peter would have done anything to change what happened but he could not. Both he and his wife Marion had to cope with the death of Roger as well as the fact that 2 of their close relatives also had lymphoma at the time that Roger had leukemia. Both of those relatives, a young girl cousin as well as Andrew Madoff (son of Bernie) fought their battles and won. They were worried that there was some familial issue that could have played a role in Roger's diagnosis.

With the poor treatments that currently exist for chronic graft versus host disease in transplantation, Peter threw himself into advocating for research in this area and was a strong supporter of Gift of Life, an organization dedicated to finding donors for patients who need transplants and have no one in their family that matches.

Thus, I am writing this letter. I understand that Peter will need to be punished by the law for the laws that he broke. But he was a broken man already. He had lost his only son and he had not recovered from that. I had kept in touch with Jennifer (Roger's wife) offering her some post-death grief counseling and I had kept in touch with the parents, usually on the occasion of the anniversary of his death or on some significant Jewish holiday. They had not recovered emotionally and I don't know if they ever will. It is with this knowledge that I am asking the court to consider the circumstances of this man's life in imposing the sentence.   Peter is a man who loved everyone, and has lost everything.

Also, please note that I have been given permission by Roger's wife, who was his health care proxy, to provide information about Roger.

Yours Sincerely,

Tsiporah Shore, M.D., FRCPC, FACP
Associate Professor of Clinical Medicine
Associate Director, Bone Marrow and Hematopoietic Stem Cell Transplantation Program

The Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 101110-1312

Dear Judge Swain,

  My name is ███████████ I am 12 years old and in the 7th grade.
Peter Madoff is my Papa. Papa and I have spent more time together than just the
average grandpa and granddaughter relationship. When I was very little my parents
unfortunately got divorced. When they were separated, my mom had stayed at my
grandparents' house and that's when our true bond started. One time when I was
about 2 years old, my mom and I were making candy out of playdough. We decided
to make some jelly beans for papa. I went to give papa the play dough in a bowl and
told him they were jelly beans. Believing me that they were real, Papa went ahead and
ate some play dough jelly beans. As I got older and started school we did not spend
as much time during the day. As you most likely already know many members of my
family worked at the office (Bernard L. Madoff Investment Securities LLC) including my
mother and my papa. After school I used to visit them at work. I always used to watch
Papa at his desk and play with his staplers and ancient 1 dollar bill.

  My Papa has always been very devoted to me making sure I was consistent
about my Jewish religion and was very familiar with it. As part of my responsibility
for hebrew schools, I would attend Friday and Saturday services with my Papa and
Grammy. When I had started hebrew school Papa was over joyed. He would bring me
every Monday to hebrew school. Before hebrew school started we would spend quality
time doing things such as hebrew work, getting a snack, or just fun things to spend time
together.

  At Papa's 50th anniversary of his Bat Mitzvah, I was called to the Torah to help
say prayers as I would like him to do at mine. Now that I turned twelve, I have begun
my Bat Mitzvah lessons. My papa is always there to help me practice and lend a hand.
Papa and I have always looked forward to sharing the experience of my Bat Mitzvah. I
would give anything just to have him see me reading from the torah even if it was only
for a second.

  Every Friday and occasionally Thursday morning at 5:45 AM my Papa and I
attend the Central Synagogue Breakfast Program. This volunteer program provides
place for people who can not afford meals to get breakfast before work. When Papa and
I go we help to serve drinks or just do whatever is needed to help. This program has
made me realize that after everything that has happened we are still so lucky to have
shelter, food, water, and be healthy This has also taught me what is important in life
such as family and the support of those we love. Once it is over, around 715 am, Papa
brings me to school. The whole experience at the breakfast program is amazing but, at

the end of the day it is just better doing it with papa.

Me and my Papa have many ongoing memories that will be cherished forever by not only me but him as well. My grandparents would always spent holidays and vacations with us. Every holiday I would sit next to papa and we would say the prayers together. My mom and I used to spend a lot of time with Grammy and Papa in Florida. Papa had taught me how to swim and that is something we both had shared passion for.  We loved shallow pools because it was easier to play games. I always was on papa's shoulders when we went swimming. I used to ask to go on his back so much that it even got to the point where it would throw out his back!

When papa had sat me down to explain what was going to happen in the next few months he had told me 2 very important things that I will never forget. The 1st one was that I had to watch out for my sister and care for her to the best of my ability because his brother (Bernie) had not done that for him. The next one was to take care of Grammy. To me there is just no Grammy without Papa and Papa without Grammy. It is going to be hard to adjust for those who love Papa (which is hard not to do) but, I think it is going to be especially hard for Grammy. I love Papa and Grammy so much and it is truly hard for me to see them part. I hope we all get to visit Papa as much as we possibly can and I will count down and forever look forward to the day he gets released. At this point I hope we can all reunite as one big family again because none of us will be complete without Papa.

Sincerely Yours,

███████████████
New York,New York 10021
August 25,2012

The Honorable Laura Taylor Swain
United States District Judge,Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street,New York,NY 1007-1312

Dear Judge Swain:

My name is Scott Skoller and I am the former son in law of Peter Madoff as well as the father of
Peter's granddaughter ████████████. I am writing this letter to you with full knowledge that
Peter has plead guilty to violating federal statutes.

The purpose for me writing this letter to you is to in my words convey the type of person Peter
is. As his son in law Peter till this day has treated me and my family with nothing but complete
respect and kindness. While being married to his daughter Shana Peter was always
there as a voice of reason, he was there to listen and help in any way he could.

Peter was always a very charitable caring person as well as a man of great character. Most
important however is what a wonderful grandfather he is. When ████████ was born there wasn't
a free moment that he didn't want to share with her. As ████████ grew older he was always
there to help her in any way he could. Peter has played a significant role in ████████'s Hebrew
education,taking her to Hebrew school as well as playing a very influential role in her Bat
Mitzvah preparation.The relationship the two of them have built over the last few years is a very
special one to see. As ████████s father I am very proud of ████████ as well as thankful for the
time they spend together and hope that they will be able to continue to build that special bond.

I hope that these few thoughts will help you get to know a little bit more about the Peter Madoff
that we all have the privilege to have as a part of our lives.To us Peter is a very special man.

If I can be of any further assistance I can be reached at 516-455-1845.

Sincerely,

Scott Skoller

ELAINE SOLOMON

███████████

MIAMI BEACH, FL 33139

NOVEMBER 26, 2012

THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

YOUR HONOR:

I UNDERSTAND THAT THIS LETTER IS BASED ON THE SENTENCING PROCEEDING FOR WHICH PETER MADOFF HAS PLED GUILTY.

I MET PETER MADOFF WHEN I INTERVIEWED FOR THE POSITION OF HIS ADMINISTRATIVE ASSISTANT IN MARCH OF 1997. I LOVED THE IDEA OF WORKING FOR A FAMILY COMPANY AND PETER'S OBVIOUS ATTACHMENT TO HIS FAMILY CAME THROUGH AT THAT FIRST MEETING.

I WAS FORTUNATE ENOUGH TO BE OFFERED THE POSITION AND SPENT THE NEXT 11 YEARS IN A JOB THAT I LOVED WORKING FOR SOMEONE WHOM I CAME TO RESPECT AND ADMIRE. MY DUTIES GRADUALLY CHANGED DURING THAT TIME AND FOR THE LAST FEW YEARS I WAS PRIMARILY WORKING AS PETER'S PERSONAL ASSISTANT.

MY FIRST DAY OF WORK WAS MARCH 28, 1997. I WAS GETTING MARRIED ON APRIL 20, 1997 AND PETER WAS SO KIND AS TO ALLOW ME TWO WEEKS OFF FOR MY HONEYMOON. SHORTLY AFTER THAT, WHEN MY HUSBAND AND I HAD NO PLANS TO GO ANYWHERE FOR PASSOVER, PETER INVITED US TO HIS HOME SO THAT WE WOULD BE WITH FAMILY AND NOT BE ALONE. I KNEW IMMEDIATELY THAT THIS WAS A KIND AND GENEROUS MAN WHOSE PRIORITY WAS HIS FAMILY AND THE PEOPLE HE CARED ABOUT.

PETER AND I WERE FRIENDS, NOT JUST EMPLOYER AND EMPLOYEE. HE GENUINELY CARED ABOUT ME AND MY FAMILY AND WORKING FOR HIM WAS NOT A JOB, IT WAS GETTING TO SPEND EACH DAY WITH A FAMILY MEMBER THAT I ACTUALLY LIKED!

EVERY WEEK FOR MANY YEARS HE ATTENDED A TORAH MEETING BEFORE THE MARKET OPENED. THE RABBI AND SEVERAL OF PETER'S FRIENDS WOULD MEET IN ONE OF THE OFFICES AND DISCUSS TORAH. FOR AS LONG AS I HAVE HAD THE PLEASURE OF KNOWING PETER HE HAS ALWAYS BEEN RELIGIOUS. WHEN HE WOULD BE OUT OF TOWN OVER A WEEKEND, WHETHER ON BUSINESS OR VACATION, HE WOULD ATTEND SATURDAY SERVICES AT THE LOCAL SYNAGOGUE. I UNDERSTAND THAT BEING RELIGIOUS IS NOT ALWAYS SYNONOMOUS WITH BEING A GOOD PERSON BUT IN PETER'S CASE IT MOST CERTAINLY IS.

TO ME THE ONE ACT THAT EPITOMIZES PETER'S COMPASSION AND CARING IS WHEN MY BEST FRIEND'S HUSBAND WAS DYING WITH LUNG CANCER. SHE CALLED ME AT THE OFFICE AT 9:30 A.M. AND ASKED ME TO COME IMMEDIATELY. I WENT INTO PETER'S OFFICE AND TOLD HIM THAT I WAS LEAVING. I TOLD HIM WHY AND HE JUST TOLD ME TO GO AT ONCE. I RETURNED BACK TO THE OFFICE A FEW HOURS LATER AND THEN GOT ANOTHER CALL FROM MY FRIEND THAT HER HUSBAND WAS BEING TAKEN TO HOSPICE AND COULD I COME. ONCE AGAIN I WENT TO PETER AND TOLD HIM I HAD TO LEAVE. HE DID NOT HESITATE, HE SAID TO GO AND TAKE CARE OF MY FRIEND. MY FRIEND'S HUSBAND DIED THAT NIGHT AND I SPENT THE NEXT DAY WITH HER. WHEN I RETURNED TO THE OFFICE THE FOLLOWING DAY PETER WAS ONLY CONCERNED THAT SHE WAS OK.

PETER HAS SUFFERED THROUGH SOME TOUGH HEALTH ISSUES THAT HAVE AFFECTED HIS FAMILY BUT THE MOST DEVASTATING WAS THE ILLNESS AND SUBSEQUENT DEATH OF HIS SON ROGER. THE DAY THAT HE FOUND OUT THAT ROGER HAD BEEN DIAGNOSED WITH SOME FORM OF LEUKEMIA WAS A DAY I WILL NEVER, EVER, FORGET. IT WAS TWO DAYS BEFORE THANKSGIVING.

NOBODY SHOULD EVER HAVE TO SUFFER WHAT PETER HAS HAD TO GO THROUGH. ROGER'S ILLNESS CHANGED THE PETER THAT I HAD KNOWN. THROUGH IT ALL PETER SHOWED DIGNITY AND CONTINUED TO BE THE CHARITABLE AND CARING MAN THAT I KNEW BUT IT WAS AS IF THE LIGHT OF LIFE WAS GRADUALLY BEING DIMINISHED.

PETER'S LIFE NOW REVOLVES AROUND HIS TWO GRANDDAUGHTERS AND HIS IMMEDIATE FAMILY.

THIS IS AN INCREDIBLY GOOD PERSON. PLEASE TAKE THIS INTO CONSIDERATION. THANK YOU.

SINCERELY YOURS,

ELAINE SOLOMON

Judith S. Solomon

██████████████

Brooklyn, NY 11215

August 28, 2012

Honorable Laura Taylor Swain, United States District Judge

Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312

Dear Judge Swain:

I am writing to you about Peter Madoff as part of the upcoming sentencing procedure. I am aware of his plea of guilty to conspiring to violate several federal statutes and falsifying records of an investment advisor.

My name is Judith Solomon and I have been retired since 2002 from the New York City Board of Education. I served as Deputy Budget Director for 20 of the 34 years I worked at the Board, now Department of Education.

When I decided to write to you, I immediately thought about a recent New York Times article entitled "Friends of a Certain Age," by Alex Williams. He explores friendship from a *when they occurred in your life* point of view.   Apparently, I am not alone with my view that some early friendships have a stronger hold and meaning for us than those made in later years.    I would like to describe the Peter Madoff I knew many years ago because I continue to see his fine qualities today, as I did then.

All through elementary and junior high school Marion Madoff nee Schwartzberg and I were very dear friends.  When she and Peter became a "couple" I enjoyed Peter's company along with Marion.   At parties and other social events, Peter was responsible and engaging, even then.  The Peter I knew when we both grew up in Laurelton, Queens was an all around terrific kid.  In our teens we attended many of the same social and religious activities.  We were part a vibrant family oriented community.  He was nice, smart, athletic and gentle.  He wasn't a showoff or a bully.  When I think back about some of the young Laurelton males, words such as boisterous and immature come to mind.  Perhaps that just describes the ways of teenage boys. But, Peter seemed kind and more mature.  That I remember these qualities says something important about the impression he made.

Marion and I lost touch after high school and about ten years ago we reconnected. After all the years that intervened it was as if no time had passed at all except to say we didn't look like 20 somethings. And, the Peter I encountered was devoted to his family and very connected to his religion.

Last year I had the opportunity to once again witness Peter's fine qualities as part of the work he had done for the Lymphoma and Leukemia Society during the years after the loss of his son Roger. Along with Marion, Peter, their family and friends I participated in the Light the Night walk across the Brooklyn Bridge to help raise awareness. Peter's enthusiasm, genuine concern and attention to all who joined this worthy cause were a delight to witness. He was kind, grateful and gracious as if we were all in his home. There he was, directing our group to safely cross the downtown streets near the Brooklyn Bridge. There were thousands of participants but he was our own personal traffic guard. In retrospect, he should have had a school crossing guard hat and badge.

It doesn't seem odd to me that I can easily connect Peter's past and present qualities. He was engaging and likeable and fun to be around and talk to at a Halloween party in the 1960s. He wore his football jersey from Brooklyn Tech and I wore my Annie Oakley cowgirl outfit. He continues to be an engaging fellow, easy to talk with and considerate, always considerate.

I have only known Peter as a man with fine character, devoted to his family and concerned for the greater good. For me, this is Peter. I cannot imagine him any other way.


Sincerely,

Judith S. Solomon



# Rabbi Michael Stanger

הרב משה דוד שטנגר

## Old Westbury Hebrew Congregation

21 Old Westbury Road • Old Westbury • New York 11568
Tel. (516) 333-7977 ext. 14 • Fax. (516) 333-6473
E-mail: rabbi@owhcong.org

The Honorable Laura Taylor Swain

United States District Judge,

Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007-1312

September 5th, 2012

Dear Judge Swain:

I am writing to you on behalf of Peter Madoff, who is not merely some name on the newsstand or face on TV, he is a member of our congregation, having been active in our synagogue for decades. I have served as Peter Madoff's Rabbi since the summer of 2006, when I first arrived to assume the pulpit here in our community, the Old Westbury Hebrew Congregation. In truth however, our relationship goes back a bit further than that, to the winter of 2006, when I first interviewed at Old Westbury. I was introduced to Peter during one of my visits to the shul and I was instantly taken with how open and friendly he was, despite my being nervous as I formally interviewed and had to engage in both small talk and professional banter with our congregants. Peter never made me once feel intimidated. I only learned after I had been hired that his beloved son Roger, who was not yet 33, was slowly dying of Leukemia, and in fact would pass away early that spring. After having formally been hired in the late winter of that year I

spoke with Peter on the phone, sometimes while he was in the hospital visiting his son, and tried to use whatever words or training I had, to offer a modicum of comfort.  When Roger passed away on April 15th, I was on hand for the funeral, a packed house of friends, family, business associates, all mourning for an innocent young life that had been taken far too soon and all hoping to find the best possible way to comfort the family that had to bury a young man before his time. I know that to this day Peter still mourns for his son and there is a part of him that has never gotten over this loss.

In the year ahead I got to know Peter and his lovely wife Marion quite well. Although our relationship began under tragic circumstances, the burial of his son and visits to his house for shiva (the formal mourning rites observed at home) before I even began my job, I also got to know the Madoff family during times of joy and celebration, such as the wedding of their daughter-in-law Jen and the naming of their grandchild, as well as Peter celebrating the fiftieth anniversary of his bar mitzvah a few years ago.  I was happy to interact with Peter during the type of everyday events and circumstances one would encounter in a suburban synagogue: he and Marion were always proud attendees of our annual *Blessing of the Pets* morning, coming in tow with their twin Chocolate Labs.  Often during Shabbat Kiddush, my young son Noah would take Peter by the hand and lead him around the synagogue as he explored the hallways and even the bathroom! When the Chancellor of my Seminary, Dr. Arnold Eisen, was coming to speak at our shul, I approached Peter about hosting a small dinner reception at his home shortly before the event, Peter never even hesitated to help.  And throughout the years, Peter has been a regular fixture at our services, not just on the High Holy Days, but on Shabbat mornings, and often weekday mornings as well, often entering the room as the tenth man and enabling us complete the necessary quorum and recite certain prayers as a result

I fully understand the magnitude of what has transpired, the crime perpetrated by Bernie Madoff that devastated so many. In fact, we have several people in our community who were financially hurt by the Ponzi scheme. I also believe that next to Peter losing his son, the crime that his brother perpetrated, which was also a crime that involved Peter, hurt him the most as he never could

have truly imagined the magnitude of what Bernie was capable of and that he would be implicated as a result and that the life he knew would be turned upside down. He has lost friends, family members, all in the past few years, and now he faces a prison sentence away from his home and community.  As a father and parent he has already suffered the worst fate imaginable.  As a brother and business associate I believe he was manipulated and duped, and as a Rabbi I have always seen Peter as a very kindhearted, warm, engaged and giving person and I only ask that for all the people he has touched, helped and connected with, that for all his friends and family he still has left, he is not sent too far away as to prohibit visits.  In truth Peter has helped many in the past, and most of us would like an opportunity to be able to help him now.  I urge you as a judge to see the humanity within Peter Madoff. Should you require any more information, I can be reached at the above contact information.


*In Peace,*

Rabbi Michael Stanger

From: Lois Stevens
██████████ Pomona,
NY 10970 845 3554-6235

To: Honorable Laura Taylor-Swain
United States District Judge
Southern District of New York, Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1007-1312

*Dear Judge Taylor-Swain:*

I am a retired N.Y.C. school teacher.  I presently work two days a week with children in the 3rd, 4th, and 5th grades at P.S.56Bx.

I met Peter approximately 15 years ago.  Our children arranged for us to meet.  They were seriously dating at the time.  My daughter, Jennifer and Peter's son, Roger were married in August 2001.

After our first dinner, we instantly became friends and were treated like family even though we were not related yet.

In the years prior to Roger's illness (November 2002,) we spent many holidays together. We always shared one night of Rosh Hashanah and one seder.  Thanksgiving also became a joint holiday.  When Roger got sick, we had Thanksgiving dinner in the hospital waiting room, arranged by Peter. At every dinner before eating, Peter would speak from the bottom of his heart, thanking us for sharing this time with him.  It didn't matter whether our hearts were full of joy or breaking from sadness.  Holidays are so important to Peter that everyone there is always grateful.  Tradition hasn't changed, we are still together at those times.

Roger's illness brought us closer than most in-laws.  We probably saw each other every day.  I think what enabled me to get through this horrific time was Peter's positive attitude.  He made you believe that Roger was going to make it.  One day I was in a car with one of his employees, Sanky.  I told him how much I admired Peter for his strength in dealing with Roger's illness.  He told me that every day when Peter left the hospital he cried to him and said, "Why couldn't it be me!"

I also admire Peter for his continued belief in religion.  I am Jewish, but when Roger died I could not believe that a God would let this happen.  I lost my faith.  He continued to support his religious beliefs even going on to have another Bar Mitzvah when he was 63.

His heart is so big.  When my son was getting married in British Columbia, there wasn't a doubt that he would be there.  None of my other friends came, (it was very out of the way.)  When called upon to say a prayer so the newlyweds could break a glass, he was honored and touched. He has welcomed my new son-in-law into his home on many occasions.  Someone else might find this an impossible situation, but Peter has made it so comfortable.

Over the years, we have seen each other very often and continue to do so.  It doesn't have to be a holiday or birthday; we go out as couple friends (a movie and dinner.) Recently, we spent a few mornings together.  It was just him and me on the deck talking.  Angry at himself, he spoke about his concerns for Marion after he was in jail.  Once again, he was not thinking of himself but of his loved ones.  Another person might not have wanted to be burdened by his troubles, but I was glad I could be there for him.  He has always been there for me and so many others.

Peter is such a special person, you trust and want him in your life forever.

Lois Stevens

From: Martin Stevens,
██████████████Pomona,
NY 10970 845 3554-6235

To: *Honorable Laura Taylor-Swain*
*United States District Judge*
*Southern District of New York, Daniel Patrick Moynihan United States Courthouse*
*500 Pearl Street*
*New York, NY 1007-1312*

*Dear Judge Taylor-Swain:*

How do you communicate the significance of a member of your family? That is what I will try to do for the court, because Peter Madoff is truly an important member of my family.

We first met Peter and Marion Madoff at a dinner to "meet the parents" with my daughter and prospective son-in-law in 1997.

The Madoff's were gracious and friendly, with no pretense or recognition of our different economic standing.

As time went on, after Roger [Madoff] asked for my daughter's hand in marriage, we became closer and were always treated with the greatest respect and consideration. The wedding was spectacular, and we shared the expense as equal partners and the experience with joy and hope for the future.

Then tragedy struck for all of us. My daughter called and said that Roger had been admitted to Cornell Hospital with a fever and he was undergoing tests. By the time we reached the hospital, he had been diagnosed with AML. From this point on our bond with the Madoff's became a family bond.

Peter and my daughter became the lifeline for Roger over the next four years as he went through chemotherapy, remission, relapse, chemotherapy, remission, relapse and finally stem cell therapy. Peter made every effort to support the hospital and the staff, and arranged for a Chair to be funded in the Hematology/Oncology department of Cornell-Weill to express thanks on some level.

When Roger finally lost his battle, it was I, Peter, Marion, my wife Lois and my daughter in his room, and I was holding his hand.

After this, Peter and Marion supported my daughter, Jennifer, as if she were blood. We became a family unit and celebrated all the Jewish holidays and family events together, as we did before the tragedy, and still do to this day. They have brought us into their family as well.

When my daughter met another potential partner, he was embraced by Peter and Marion as well as Lois and I, and has joined this extended family.

As I said in the beginning of this commentary, it is difficult to explain the significance of an individual in this relationship, but Peter has always been generous, honest, forgiving, loving, sharing, and basically much more gracious than a blood family member.

We have been as close as family members can be for 15 years and there has never been any doubt in my mind that Peter Madoff is an exemplary person, with the highest standards of morality, among his many other attributes.

Thank you for this opportunity to communicate to the court.

Martin Stevens

**Edward Stubin**

███████████████

**New York, New York 10021**

August 30, 2012

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Taylor Swain

I am writing this letter on behalf of my good friend, Peter Madoff, who I have known over a period of more than 44 years. I understand that Peter has pleaded guilty to violating several federal statutes and to falsifying records of an investment advisor, and is to appear before you in the near future for sentencing. It is my intention for this letter to present the court with a picture of the Peter Madoff that my wife and I know.

As a brief introduction of myself, I have been married for forty five years and have two sons and five grandchildren. I have owned and operated a textile recycling firm for thirty five years. My educational background includes a doctorate in experimental psychology. I have been elected by my neighbors to serve on three coop and condominium boards and have served on the boards of a number of business related and community preservation organizations.

My wife, Sunny, and I were introduced to Peter and his wife, Marion, through a mutual friend who knew that both couples had much in common. We were about the same ages, both recently married, and lived in the same building complex in similar studio apartments. At the time we met, Peter attended law school and I was enrolled in graduate school. Our wives both worked, earning most of the family income. Shortly after our introduction, we became close friends, and would frequently get together each week. We shared meals, went to movies, played board games in each other's apartments, spent long weekends together and even drove to Florida during a school vacation. After our first child was born our lives changed and our time together became less frequent.

We moved to Rockland County in 1973 and Peter and Marion moved to Nassau County around the same time. For many years our contact was very limited until a chance meeting took place a few years ago between Sunny and Marion. At that time we both lived in Manhattan near to each other. Within a short time we resumed the warm relationship that we once shared. We again enjoyed each other's company on a regular basis and have supported some of the charitable causes that Peter and Marion were active in. We met each other's children and grandchildren and have had the pleasure of enjoying family functions together. Our close relationship, initially formed during our early adulthood and recently renewed, has given us a very clear picture of Peter Madoff.

While my wife and I know that Peter has plead guilty to serious charges and now faces sentencing for his actions, it is our firm belief that he is a good person who made some very poor decisions. We can not believe that Peter would ever steal from or hurt someone, much less have been knowingly involved in Bernie's fraud. Peter was so sensitive about imposing on friends that even when we offered our support of a charity event that he was involved with or sponsored, he was always adamant that we should feel no obligation as friends and that if we wanted to make a contribution, any size donation would be appreciated. If we purchased tickets for a movie or show, the first thing Peter would say upon meeting us was "how much money do I owe you for the tickets". I do not recall Peter ever speaking badly about anyone, and he would quickly terminate a discussion that turned to gossip or that disparaged someone. Based on our knowledge of Peter's love for his children and grandchildren, it is inconceivable for us to believe that he would have exposed his daughter to any type of jeopardy. If Peter had even the slightest idea of the nature of his brother's fraud, he never would have brought his daughter into his firm.

Peter has always been a friend you could count on and a person that was active in many causes. A few years ago when my son was considering a change in employment, Peter sat down with him and spent considerable time discussing factors he needed to consider in structuring his move. For some time afterwards, he would ask how my son was progressing in his new job. During a vacation to Israel that we enjoyed together, Peter took half a day off to visit and research a charitable organization that had contacted him for support.

The announcement of the fraud perpetuated by an icon of the financial world was a shock to us as to everyone else. However, there was a cold, rude and mean spirited side to Bernie that was obvious. He ruled with a mixture of heavy doses of verbal abuse and excessive generosity; his wishes were not to be questioned. From the time we met Peter, it was obvious that he idolized his brother. After Bernie's fraud was exposed, Peter would wonder out loud as to what could have prompted Bernie to commit such crimes as their trading firm generated generous incomes. While the charges that Peter has

pleaded guilty to are crimes,  I do not believe that Peter ever knew of the fraud that Bernie perpetuated.

 I am very aware of the devastation and ruin caused by Bernie's criminal activities. Unfortunately for Peter, his involvement has become magnified due to the enormity of the fraud his brother conducted.  Peter is a shattered person who is already serving a life sentence.  He has lost his reputation and wealth, the ability to earn an income or leave his wife with any financial security.

A few years ago Peter received an artificial bladder due to cancer.  Since that time, he has had a number of infections related to this medical condition; some requiring hospitalization.  Please consider this in determining your sentence and place of incarceration.

In my business and personal life, I have always placed the highest value on ethics and moral behavior.  If I had any reason to believe that Peter was knowingly involved in his brother's fraud, I would not be writing this letter. Those of us who know Peter, know that he is a kind, warm, generous person who is not capable of consciously causing harm to others.  I do not ask the court to overlook his crimes, but humbly ask that the court take my comments, as well as those of others who know Peter Madoff, into consideration in making your sentencing decision.

Please do not hesitate to contact me at any time if you have any questions.  I can be reached on my cell at (917) 539-2983, at my office at (973) 778-4611 or by email at ejs@tranclo.com.

Your truly,

Edward Stubin

Mr. and Mrs. John Swanson

████████████████

Benson, NC 27504

September 8, 2012

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Your honor:

We recognize that this letter is written in the context of the guilty plea entered by Peter Madoff to conspiring to violate several federal statutes and to falsifying records of an investment adviser. Our letter of support for Peter instead addresses the family circumstances of the man we have come to know over the past five years.

We met Peter and his wife Marion as the parents of our daughter-in-law, whom our son married in September 2007. From the outset we were impressed with Peter's strong commitment to family values and his willing involvement in the activities and interests of his wife, daughter, and granddaughters. Though he had recently lived through the bereavement of a much-loved son, he shouldered the responsibility to sustain his family with comfort and support as they continued to deal with the grief of their loss.

Our first impressions of Peter have been sustained and strengthened in the subsequent years we've known him. He and his wife have become friends, joining our family for Thanksgiving holidays and family vacations. Never just a guest, Peter always enters whole-heartedly into whatever needs to be done. Over the years he has helped with the cooking, learning in one instance how to make authentic Southern biscuits, keeping up with the never ending pots and pans that needed to be washed, and helping with dinner preparations wherever needed. His enjoyment of family gatherings is self-evident, as he engages in conversations on a wide variety of subject matters, and entertains us with jokes and stories.

Peter's joy at the birth of his new granddaughter, his involvement in family day-to-day activities, and his good-natured camaraderie all underscore the very positive influence his presence has for all who know him. His face lights up when he sees his granddaughters and his laugh is often heard as he helps them assemble puzzles, or play with favorite toys. His loving care for his family is a strong exemplar for the best in family relationships and the support and encouragement they provide.

In sum, we value Peter's friendship, regarding him as the embodiment of devotion and solicitous concern for family and friends.

Sincerely,

*John N. Swanson*

John N. Swanson

*Rebecca C. Swanson*

Rebecca C. Swanson

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Dear Judge Swain:

My wife and I have known Peter and Marion for over 30 years.  I have been
privileged to have spent time with Peter in good times and in bad.  We played
tennis and golf as a team.  We spent vacations and holidays together.

Playing golf with Peter was sometimes difficult as he was always on the
phone with his office.  He is not the kind of person who would collect money
for doing nothing.  He was extremely proud of his accomplishments in his
trading business.  We have several friends in common both socially and in
business.   Not one of them thought of Peter as anything other than
bright, honest and diligent.  His commitment to his family and religion
speaks of his character.

If he had plans to play golf or tennis on Saturday it would have to wait.
Attending Sabbath services came first.  On the 50th anniversary of his
Bar Mitzvah, he chose to re-create the service he had been part of at
the age of 13.

 Peter is a victim because of his loyalty to his brother whom he had respected
and loved since childhood.  Bernie was 8 years older than Peter.  Since Peter
was a teen he worked with and for his brother.  It is easy to understand how
he would have unswerving allegiance and never question his brother. We
lived in a world where Bernie Madoff was considered a genius and who was
his little brother to question him.

 I do not believe Peter had any knowledge of Bernie's horrific crimes.  He is a

good man brought down by a tragic situation.

He has already been punished in every possible way.  In addition to having lost his son, and having cancer, all his resources have been taken from him, he is shunned by most of the world, he has lost life-long friendships and fears for his wife and daughter.

I hope and pray that you will give Peter any consideration that is within your power.

Very truly yours,

Arnold Weiss

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Couthouse
500 Pearl Street
New York, N.Y. 10007-1312

Dear Judge Swain:

I am writing this knowing that you will be determining Peter Madoff's sentence
for the counts he has pleaded guilty to.

My husband and I have known Peter and Marion Madoff for over 30 years.  In
that time we have played golf, tennis, socialized, spent holidays together and
travelled together.  Marion and I have played duplicate bridge together weekly
for years. It is in this context that I am writing to tell of my impressions and
knowledge of Peter for the last three decades.

I do not know anyone who was a more involved father and husband while
maintaining a high pressure position in a stressful industry.  When we
travelled with them, Peter was constantly on the phone talking to his traders
and to his nephews. Despite this, Peter was a very involved husband and
father.  He talked constantly of his children with great pride and knew more
details of their lives than any father I knew.

I was with Marion the day she found out that their son Roger had leukemia.  I
know how much time they both spent by his side for all the years of his
struggle. They were always at his bedside delivering bailis and love, and
become very involved in the Leukemia and Lymphoma Society.

Peter and Marion had always been observant Jews.  When Roger was
diagnosed Peter's attachment to Judaism grew.  He  still goes to temple
every Saturday morning.  They were strong supporters of their temple.

He is a loving grandfather, and is still close to the widow of his son (who has remarried) and her parents.

As a trained psychoanalyst I have a natural interest and curiosity about family dynamics.  When the Madoff scandal broke, I immediately felt that Peter was living a Greek tragedy.  I had observed Peter and Bernie and I had listened to both Peter and Marion talk about their relationship with Ruth and Bernie.

I was able to understand how Peter and Bernie's unique relationship made it possible that Peter never knew what Bernie was doing.  Bernie is 8 years older than Peter and was already phenomenally successful in his field and considered a genius trader when Peter went to work for him straight out of law school.  He was like a father to Peter. He had worked for Bernie in one way or another since he was a young kid.  He idolized his brother, wanted to please him, and did what he was told.

Peter always wanted to do the right thing.  The youngest by far of three children.  He was always the good boy.  I will always remember one conversation we had at my dinner table.  Someone asked the question what do you want most.  All of us made the expected answers...health.. happiness...successful children....Peter said he wanted to be right.

That to me is the tragedy.  That in wanting to be right, to please his brother and his family, he did what he was told, and he could not see what was going on under his nose, and jeopardized the very people he was trying to protect. He was betrayed by the brother he idolized and betrayed by his idolization.  He was not alone.  Almost everyone I heard of or observed put Bernie on a pedestal.  Everyone wanted to invest with Madoff. All the people we knew who invested with him were smugly proud they had.  There was a culture surrounding Bernie that made it so easy for him.

From what I know, Peter's children and his sister's children and grand-

children had accounts with Madoff.  He brought his daughter (and for a short time his son) into the firm.  He would never have done that had he known.

I understand that Peter is not being charged with being a party to the Ponzi scheme.  And that he has plead guilty to signing false documents and other counts.

Yet my personal experience has been that Peter has always conducted himself by the highest moral standards with integrity and consideration for others.

I truly believe he is up there on the top of the list of his brother's victims and that he has already been punished severely for what he has done.


Yours truly,

Jill Weiss

September 9, 2012

The Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10110-1312

Your Honor,

I am writing this letter on behalf of Peter Madoff. Peter and Bernie Madoff are my
great uncles, my grandmother's younger brothers. I understand that Peter pleaded
guilty to conspiring to violate several federal statutes and to falsifying records of an
investment advisor.

For as long as I have known Peter, he has always been encouraging and warm. In
2002, I was diagnosed with leukemia, I was eight years old. Shortly after, his son
Roger was diagnosed with cancer as well. Roger, Peter and I became very close in
that time period; supporting each other when we felt like there would be no end to
the illness that struck our family. I was only eight then but Peter and Roger became
two of my best friends.

Having gone through something like cancer, it changes you. You start to look at
the bright side in life and appreciate every little thing that comes your way. Peter
always helped me to see a bright side during those horrible years. Peter is one of the
strongest people I know. He helped me go through my own health problems while
dealing with his own son's sickness.

Unfortunately, Roger did not make it. No parent should ever have to bury their child.
I can't imagine what it must be like. I cannot explain the sadness that struck through
Peter after Roger's death. Peter is one of the best people I know but somehow he has
had a harder life.

I am writing because Peter is an important and positive person in my life, from
when I was diagnosed as an eight year old in 3rd grade, to now in my freshman year
of college. I want your Honor to know him the way I know him.

Sincerely,

Ariel Wiener

## Charles E. Wiener

September 3, 2012

The Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10110-1312

Your Honor,

I am writing to you in regard to the sentencing proceeding for Peter Madoff. I understand that Peter pleaded guilty to conspiring to violate several federal statutes and to falsifying records of an investment advisor.

I was an employee at Bernard L. Madoff Investment Securities for over 28 years. I am Peter and Bernie Madoff's nephew. I began working at Madoff in 1980 following graduation from college. There are few people who were as profoundly impacted by Bernie's crime as I was. There are few people who know Peter as well as I do and I am a better person because of him. This was not true of Bernie. They were as different as night and day.

Bernie was reclusive and private even amongst his closest family members. Peter embraced family, friends, colleagues and his community. His energy and devotion to his family and community were remarkable. Peter attended every family event possible and took genuine interest in the lives of people surrounding him. He was always active and growing intellectually, spiritually and emotionally. He attended temple and participated regularly in spiritual discussion groups. He embraced his community and has been involved in volunteering at every level from board service for organizations such as the Gurwin Jewish Nursing & Rehabilitation Center, to raising awareness by walking at events such as Light the Night for the Leukemia & Lymphoma Society.

In 2002-03 Peter's son Roger, my daughter Ariel, Andrew Madoff and our cousin Shelly were all diagnosed with blood cancers. That was the beginning of a terrible period in our lives. Chemotherapy, radiation and steroid treatments went on for years. My daughter Ariel and Andrew Madoff both survived. Ariel was left with a severely damaged hip from steroids and underwent several operations and a hip resurfacing at the age of 15. She will need several more hip replacements in the future.  Roger deteriorated and suffered terribly. Eventually both Roger and Shelly succumbed to their diseases and died. It is impossible to convey through words the emotional and physical weight on a parent and family as they helplessly watch their child slowly

suffer through a horrible and fatal illness, wanting only to survive.  Peter and my Aunt Marion never recovered from Roger's death. It took the life out of them completely.

Peter had his own health problems which began with his cancer diagnosis in 1999. He battled his illness without complaint and continued to come to work, attend family events and volunteer his time in the community. When 2002 hit us, Peter took on more than just the burden of Roger's illness and his own poor health, he took on Ariel, Andrew and Shelly. We all came together as a family to support each other and we all marshaled our time and resources to get involved in organizations such as The Leukemia & Lymphoma Society, Gift of Life, and others.

Peter is a rare and quality human being who has spent his life trying and succeeding in contributing to the lives of people. There is no doubt in my mind that he is deeply remorseful of any role he played that contributed to Bernie's crimes. Bernie was his brother and Peter's love and trust in his brother was absolute. That was who Peter was. For a prolonged period he was distracted away from work and Bernie's activities due to his son's illness and death. It is my hope that your Honor will give substantial consideration of all of the above when rendering a decision at Peter's sentencing proceeding.

Sincerely

Charles Wiener

The Honorable Laura Taylor Swain
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312


Your Honor,

I am David Steven Wiener; my parents are Marvin and Sondra Wiener. I've known Peter
Madoff my entire life, 52 years by the time you read this. Peter is my uncle, my mom's
younger brother. Of course the same is true of Bernie Madoff... suffice to say that I
would not have written on Bernie's behalf.

I am a victim; nearly all of the funds that I counted on for my retirement and for the
education of my children are lost. I'm not wealthy; I'm a middle class suburban dentist
who worries about how he'll pay for his kids to go to college. I will be retiring several
years later than I had planned. But that's not the half of it; I'm also the son of victims, the
father of victims, the husband, brother, cousin, nephew, and uncle of victims. I worry
about a lot of people...

I'm not a savvy professional in the financial industry, but once upon a time I was
fortunate enough to have family who were. My father made his living as a dentist, my
mother a nurse. My parents worked hard, lived below their means, responsibly built their
nest egg and put it where they believed it was in the safest of hands, and for nearly half a
century it appeared to be the wisest of decisions. They retired affluent enough to be able
to help their children and grandchildren.

Eventually a day came when I learned that I was blessed with parents who were not only
well off enough to take care of themselves; they were going to pay for their
grandchildren's education. I didn't need to worry so much about saving for my own
retirement either. Let me tell you that's a really good day.

Bernard L. Madoff Investment Securities, Inc. was a family business. When Bernie's
fraud was revealed in December 2008 my brother Charles Wiener my cousins Mark
Madoff, Andrew Madoff, and Shana Madoff Swanson and my Uncle Peter were all
instantly unemployed and unemployable. Everyone had their future invested in Madoff.
A tsunami of lawsuits and very public accusations followed. Eventually, Mark took his
own life. It wasn't just my little family that suffered a financial catastrophe, it was my
*whole family*, everybody, and it wasn't just financial, this inconceivable disaster was
created by one of *our own family*. Let me tell you there were some really bad days.

I realize this is supposed to be about Peter and so far I've talked about everyone but
Peter. My point is; I understand about being a victim. I also understand responsibility,
and who created this mess. I wanted to establish my credibility and my right to be a
judge of Peter Madoff's character.

Peter is a good man, a kind, thoughtful, generous man.  When I was a kid, Peter and Marion were the cool young aunt and uncle.  I was the 6 year old ring bearer at their wedding.  I spent the whole reception under a table playing with the new yellow Tonka dump truck they gave me; it's one of my earliest memories. They would come out to Smithtown on Sundays to watch the Giants game, Peter would go up on the roof to turn the antennae so we could get the broadcast from Connecticut.  He'd play touch football with us kids.  They'd bring their dog with them so he wouldn't be alone all day.  We had extended family dinners, not just on the holidays, we saw them often.

When my relationships with my aunts, uncles, and cousins drifted in adulthood to mainly seeing them on holidays and at weddings and funerals, it was Peter and Marion who stayed involved in our lives.  Family seems to define Peter.  My mother, as the oldest sibling is kind of the family historian, but I always just assumed it would be Peter who would keep all the memories alive when she's gone.  He just seemed the natural successor, family is just central to his being.  I have heard Peter speak of how much he cherished working with his children and with his nephews; "his boys".  Since the death of his own son, my cousin, Roger, I think Charlie, Mark, and Andy kind of filled the void as surrogate sons.  He loved what he did and loved that he saw his family everyday.  He took great pride in his good name and in building something for the whole family's future.

Peter and Marion, I've always thought of them together, Shana, and Jen (Roger's widow) have suffered through so much.  After Roger died, it took a really long time to not see the sadness in them.  And then there was this… I can't find the words to adequately describe the totality of the destruction; Bernie's betrayal was of such an epic scale.  When people ask me about my now famous (and infamous) relatives, I sometimes answer: "If you want to know who these people are; read Leukemia for Chickens", Roger's well written account of his experience as a cancer patient, completed and published by Jen after his death.  I really mean that and I hope you'll read it.

So far as I could tell from my mother, religion was there but not practiced prominently in their childhood. It was something Peter found later in life.  Peter once told me that his father, my grandfather, Ralph, used to say "religion is like a well, take care of it, guard it, you never know when you'll need to take a drink from it".  Apparently, there was plenty of thirst during Roger's illness.  For his 63rd birthday, 50 years after his 13th, Peter did something unique; he took lessons, studied for, and remade his own Bar Mitzvah.  I listened to the Rabbi speak glowingly of Peter's character, of his commitment, of his involvement in his community, and of his generous contributions to the Synagogue and to charity.  It made me feel proud to be his family.  The event was significant for me because it was the first time since Roger's death that Peter and Marion seemed genuinely happy.  I remember my wife saying to me that they seemed to have finally turned the corner. Shana was pregnant, and Jen had met someone and had gotten engaged.  We were so happy to see them happy and hopeful and looking toward the future again.  It was the last time I'd see my cousin Mark, and the last time I'd see Bernie.

I didn't see my Aunt Ruth or my remaining cousins; Andy and Shana for more than two years after everything blew up. It was like nobody knew what we were supposed to do as a family. But we saw Peter and Marion. It was so incredibly sad; Peter was just a broken man. The pain was so evident, so raw. My wife said it was like all the healing after Roger's death had just been ripped away. Through all the travails of the past nearly four years, Peter has bourn himself with dignity, concern for others, and such a focus on what's really important in life: love, family, friendship, and kindness. It makes me feel proud to be his family.

I guess what I want most to say to you is this: Peter Madoff is a good man; please don't sentence him for his brother's crimes. As I've said, I understand about being a victim, Peter and his family are victims too.


Respectfully,


David S. Wiener

**Marvin M. Wiener**

██████████████

**Boynton Beach, Fl 33437**


The Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10110-1312

July 28, 2012

Dear Judge Swain,

I am writing in regard to the sentencing proceedings for Peter Madoff.

My name is Marvin Wiener, I am Peter Madoff's brother-in-law; I understand that Peter has pleaded guilty to conspiring to violate federal statutes and will be sentenced for that.

I am eighty-one years old, a retired dentist who has lost everything in the Ponzi scheme of Peter's brother. Bernie Madoff has caused great harm to me and those I love. My anger with Bernie is beyond description, but Peter is another story.

Peter was five years old when I first dated his sister Sondra. I watched him grow these many years as my younger brother who I love and admire. He was six years old with perfect command of the English language when he walked down the street to my cousin's birthday party and perfectly announced, "I am Peter Madoff and you forgot to invite me."

As an adult Peter was the unofficial representative to all things family…weddings, funerals, grave maintenance, illness, etc. His ties to us are very strong..

He has suffered the loss of his son to leukemia a great loss indeed, as Roger was a family star with a great future. Those were prolonged and difficult times. Peter himself survived bladder cancer which left him with special needs, but he survived and was grateful… Peter has been active in the Lymphoma, Leukemia Society as well as a group that tests and promotes donations of bone marrow cells for transplant. He has also supported the efforts of other charities with his time and his personal support.


What I have been trying to convey is that Peter is an intelligent, compassionate, deeply religious man devoted to his family.


**Phone: 561-200-0190**

**Marvin M. Wiener**

███████████

**Boynton Beach, Fl 33437**

What Bernie has done to us and anyone close to him, cannot be described, to believe Peter was aware of any of it is impossible. He would be incapable of such a betrayal of family and friends. He is not his brother, he is a victim.

I respectfully submit this in hopes his sentence will accommodate his qualities and his needs.

*M. M. Wiener*

**Phone: 561-200-0190**

The Honorable Laura Taylor Swain,
United States District Judge
Southern District of New York,
Daniel Patrick Moynihan United States courthouse
500 Pearl Street
New York, NY 10007-1312

Your Honor,

My name is Sheryl Wiener. Peter Madoff is my husband's uncle. He is the younger brother of my mother-in-law, Sondra Wiener.

I will never forget the phone call that came at 7:00 in the morning on December 12, 2008 to inform us that my husband's uncle, Bernard Madoff, had been arrested for running a massive Ponzi scam and that my husband's family had been financially wiped out. It was like we had been walking around on what we thought to be solid ground, only to have a giant sink hole open up and swallow the family whole. We were all victims. And what followed in the weeks, months and years since that morning have been one of the most difficult times of my life. Not just because of the loss of the money my husband and I were counting on for our children's college education or our retirement, but because of the pain I saw my in-laws go through. The loss of their financial security, in their senior years, was just the tip of the iceberg. More painful was the loss of their family.

The devastation Bernie's actions caused to my husband's family was epic. His parents, brother, cousins, aunts and uncles were not only financial victims, but they also became the subject of accusations and suspicion. In addition to being attacked and sued by the Trustee, and IRS, no one in the family was immune from the court of public opinion. My brother-in-law was forced to sell his home and relocate. He was unemployed and unemployable because of the "stench" associated with having Bernard L. Madoff Investments on his professional resume. And two years to the day of the events of December 2008, I had to stand by my husband and his family as they mourned the loss of Bernie's son Mark, who took his own life because of his father's actions. It was painful to watch the people, who had become family to me, go thru the financial, legal and public pain and humiliation that one man's selfish actions had caused.

When I first met my husband he took such great pride in telling me all about his successful and highly regarded family. He told me all about the business and their accomplishments on Wall Street. It was intimidating to be introduced to these people. But, from the moment I met Peter and Marion Madoff I felt like I had known them forever. They both welcomed me into their life and their home and made me feel like part of the family. They attended my wedding and my son's Bris. I celebrated the weddings of their daughter and son, helped them welcome their granddaughter, and mourned the loss of their son, Roger, to leukemia. I love and respect them. I have never, NOT FOR ONE SECOND, believed that Peter Madoff knew of or participated in his brother's act of fraud and deception. Peter Madoff is a good, kind, honest man who made one terrible mistake...he trusted his brother. Just as many other people trusted him.

I truly believe this family has suffered. I do understand that Peter's actions constitute a crime, but, please do not brand this man with the same scarlet M as his brother.

Sincerely,

Sheryl Wiener

Smithtown, NY 11787
631-584-6426

*Sondra Wiener*

████████████████████

*Boynton Beach, Fl 33437*

The Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10110-1312

You're Honor,

  I understand that my brother Peter has pleaded guilty to violating
Federal law.  I offer this letter so the court will know the man I believe him to be.

I am his older sister, 11 years older, a retired nurse. I have known him all his life. I
believe him to be an honorable man. He has demonstrated that in so many personal and
public ways.

He started out as a dedicated boy scout and stayed active in BSA through his teens.

He met his wife at about age 14. They married young and when his mother-in-law
became ill, Peter and Marion made accommodations in their home so Marion's parents
could stay with them during her mother's illness and after.

After our father died, Peter took over some of the charitable efforts and responsibilities of
our parents. My father had a boyhood friend who was cognitively disabled. This man was
a frequent guest at our home. After my father died, Bob, the friend, became ill and was
unable to care for himself. Peter undertook the responsibility of placing him in a good
facility and visiting him often.

Peter has always been a charitable man. He believes in giving of himself. He served on
the board of the Gurwin home for the aged and supported several other charities. These
past few years he has served in a soup kitchen every week. He was active in his
synagogues, supporting their charitable efforts and attending services on a regular basis
wherever he was. Peter is a religious man.

*Phone: 561-200-0190*

*Sondra Wiener*

███████████████

*Boynton Beach, Fl 33437*

There has been great tragedy in his life; he has survived cancer and the aftermath of his treatments with dignity. The death of his only  son from leukemia after a long and intense illness nearly destroyed him. The subsequent betrayal of his brother would have made a lesser man break, but Peter had his faith and that sustained him.

His reaction to his son's illness was to throw himself body and soul into support of the Leukemia and Lymphoma Society. He worked tirelessly in support of the organization; several other members of our family were also stricken with the disease during that awful period.

Peter has maintained close relationships with nieces, nephews and family They make sure he knows what is happening with their children, grandchildren, my husband and myself. He has forged many lasting personal friendships.  He is a good husband and father...

Please take into consideration his religious needs, the special physical needs of a man who has survived cancer of the bladder, his intellectual need to continue his study of literature and history. He is intrinsically a good man who will try to make whatever environment he finds himself in a better place for all.

Sincerely yours,

Sondra Wiener
July 28, 2012

*Phone: 561-200-0190*