**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 18, 2015

BY ECF AND HAND DELIVERY

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Suite 755
New York, New York 10007

    Re:    *United States* **v.** *Peter Madoff*
                **No. S7 10 Cr. 228 (LTS)**

Dear Judge Swain:

      Pursuant to paragraph 12 of the Preliminary Order of Forfeiture entered as against Peter Madoff on June 29, 2012, the Government respectfully requests that the Court enter the enclosed final order of forfeiture as to certain real property named in the Preliminary Order of Forfeiture.[1] As set forth in the attached proposed order, no parties have petitioned to oppose the entry of such an order, the time to do so has expired, and the only party to have had a potential interest in the property, Marion Madoff, has had all of her right, title, and interest in that property extinguished by the transfer of funds to her account pursuant to a June 29, 2012 Stipulation and Order. Accordingly, the Government respectfully requests the entry of this final order of forfeiture, which will allow the Government to dispose of the real property at issue.

      Thank you for your consideration of this request.

      Respectfully submitted,

      /s/ Paul M. Monteleoni
      PAUL M. MONTELEONI
      Assistant United States Attorney
      Tel.: (212) 637-2219

cc:    BY ECF
        All defense counsel

---

[1] The Government respectfully requests that the Court substitute this proposed order for the proposed order submitted yesterday (ECF No. 1284), which included extraneous pages due to an oversight. The Government apologizes for the error.