**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2018

**BY ECF**
The Honorable Denny Chin
United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: **United States v. Peter B. Madoff**
S7 10 Cr. 228 (LTS)

Dear Judge Chin:

      The Government respectfully requests that the Court enter the attached Second Final Order of Forfeiture in this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
LOUIS PELLEGRINO
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2617